# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JUSTIN STOUGHTENGER,

     Plaintiff,

v.                                           Case No: 8:14-cv-625-T-30AEP

NCO FINANCIAL SYSTEMS, INC.,

     Defendant.

_____

## ORDER OF DISMISSAL

     Before the Court is the Stipulation for Voluntary Dismissal (Dkt. #9).   Upon review and consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

     2.    All pending motions are denied as moot.

     3.    The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida, this 7th day of July, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record